IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

VDPP, LLC,                               :
                                        :
                                        :
        Plaintiff,                      :
                                        :
v.                                      :       CIVIL ACTION NO.
                                        :       1:26-cv-00885-LMM
                                        :
BLUEBIRD USA, INC.,                     :
                                        :
                                        :
        Defendant.                      :


**<u>ORDER</u>**

On March 2, 2026, the Court returned William P. Ramey III's pro hac vice application for correction on grounds that his sponsoring local counsel must maintain an office within the Northern District of Georgia. No response has been filed.

Mr. Ramey may not represent Plaintiff without qualified local counsel. <u>See</u> LR 83.1(B), NDGa. Accordingly, within **10 days** of the entry of this Order, Mr. Ramey is **ORDERED** to have qualified substitute local counsel enter an appearance. Failure to do so will result in Mr. Ramey's termination as counsel in this action.

While he is without qualified sponsoring counsel, Mr. Ramey is not permitted to appear before the Court. The Clerk is **DIRECTED** to submit the

matter to the undersigned for further consideration 11 days after the entry of this Order.

    **IT IS SO ORDERED** this 23rd day of March, 2026.

**Leigh Martin May**
**Chief United States District Judge**