IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

VDPP, LLC,                          :
                                   :
                                   :
        Plaintiff,                 :
                                   :
v.                                 :        CIVIL ACTION NO.
                                   :        1:26-cv-00885-LMM
                                   :
BLUEBIRD USA, INC.,                :
                                   :
                                   :
        Defendant.                 :

## **ORDER**

On March 2, 2026, the Court returned William P. Ramey III's pro hac vice application for correction on grounds that his sponsoring local counsel must maintain an office within the Northern District of Georgia. No response was filed, and on March 23, 2026, the Court ordered Mr. Ramey to have qualified substitute local counsel enter an appearance within 10 days. The Court cautioned that failure to comply would result in Mr. Ramey's termination as counsel in this action.

The deadline passed last week without any further filings. Thus, Mr. Ramey is hereby **TERMINATED** as counsel for Plaintiff pursuant to Rule 83.1(B) of the

Local Rules of this Court.[1] The Clerk is **DIRECTED** to update the docket

accordingly.

      **IT IS SO ORDERED** this 7th day of April, 2026.

                **Leigh Martin May**
                **Chief United States District Judge**

---

[1]    Plaintiff remains represented by attorney Andre Robert Belanger, who is admitted to practice in this Court.